UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-09376-JC | Date | January 15, 2026 |
|---|---|---|---|
| Title | Latanya Williams v. Elegante Beauty Discount Center, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**        (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed the instant action on October 1, 2025 against Elegante Beauty Discount Center, Inc., Hersel Molayem, and Does 1 to 10,.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's deadline to effect service of the Complaint and Summons on each named Defendant was ninety (90) days later on December 30, 2025.  On November 3, 2025, the Court issued its Standing Order which, in pertinent part, directed Plaintiff promptly to serve the Complaint and Summons in accordance with Fed. R. Civ. P. 4 and timely to file proofs of service within fourteen (14) days of service pursuant to Local Rule 4-6.  The Court further cautioned Plaintiff that absent further order of the Court, any Defendant(s) not timely served within ninety (90) days after the case was filed would be dismissed pursuant to Fed. R. Civ. P. 4(m).  On December 10, 2025, Plaintiff filed a proof of service reflecting that Defendant Elegante Beauty Discount Center, Inc. had been personally served on October 20, 2025, meaning that its response to the Complaint was due by November 10, 2025.  To date, Plaintiff has not filed a proof of service for Defendant Hersel Molayem and the deadline to do so has expired.  No Defendant has yet appeared or filed a response to the Complaint.  Nor has Plaintiff sought the entry of default against Defendant Elegante Beauty Discount Center, Inc.

IT IS THEREFORE ORDERED that by no later than **January 23, 2026,** Plaintiff shall show cause, if there be any, why service was not made on Defendant Hersel Molayem by December 30, 2025, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution as to Defendant Hersel Molayem and for lack of prosecution as to Defendant Elegante Beauty Discount Center, Inc.  Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice on the foregoing bases.

IT IS SO ORDERED.